UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**WILLIE F. BLOUNT,**

  **Plaintiff,**

**v.**                  Case No: 6:16-cv-1972-Orl-41GJK

**JIM HOGE, JOHN DOE and JANE DOE,**

  **Defendants.**

                /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis*. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation ("R&R," Doc. 5), in which he recommends that the Court deny Plaintiff's motion and dismiss this case.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis*, is **DENIED**.

3. This case is **DISMISSED**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2017.



Copies furnished to:

Unrepresented Party